FILED

2010 Oct-04  AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARELO JENKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | Case No.   2:09-cv-2394-LSC-TMP |
| | ) | |
| BILLY MITCHEM, Warden; | ) | |
| ATTORNEY GENERAL OF | ) | |
| THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

On August 27, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice.  After being granted an extension of time, petitioner filed his objections on September 27, 2010.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

Done this 4th day of October 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671